UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SAMANTHA ARDENFRIEND,

    Plaintiff,

v.                                                         CASE NO: 8:04-cv-2606-T-23MSS

15 SOUTH RISTORANTE ENOTECA, INC.,
and JOSEPH A. CASADIO,

    Defendants.

_____/

**ORDER**

    Samantha Ardenfriend asserts (Doc. 1) claims against 15 South Ristorante Enoteca, Inc., ("15 South") and Joseph A. Casadio under Title VII, 42 U.S.C. § 2000e, for damages resulting from sexual harassment, retaliatory discharge, and discrimination. 15 South moves to dismiss (Doc. 7) and argues that 15 South fails to qualify as an employer under Title VII. 15 South submits that a Title VII "employer" must have fifteen employees working for each working day in each of twenty or more calendar weeks. Although purporting to rely on the "landmark" Supreme Court case defining "employer" under Title VII, 15 South advances the precise statutory interpretation expressly rejected by the Court. Walters v. Metropolitan Educational Enterprises, Inc., 519 U.S. 202, 208-211 (1997). The Supreme Court adopts the "payroll method" to define "employer" under Title VII. Walters, 519 U.S. at 207 ("[T]he payroll method represents the fair reading of the statutory language, which sets as the

criterion the number of employees that the employer 'has' for each working day"). Title VII applies to an employer who "has employment relationships with 15 or more individuals for each working day in 20 or more weeks during the year in question." Walters, 519 U.S. at 211-12 ("[A]ll one needs to know about a given employee for a given year is whether the employee started or ended employment during that year and, if so, when. He is counted as an employee for each working day after arrival and before departure.").

Review of 15 South's accounting and payroll exhibits demonstrates that 15 South qualifies as a Title VII employer. Accordingly, 15 South's motion (Doc. 7) to dismiss is **DENIED**.

ORDERED in Tampa, Florida, on June 12, 2005.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE

cc:     US Magistrate Judge
        Courtroom Deputy